# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CRIMINAL NO. H-93-210-1 |
| ROMEL WILLIAM TORRES, | § § § | |
| Defendant. | § | |

## ORDER

The defendant and petitioner, Romel William Torres, asks the court to "correct simple clerical errors" on the judgment and commitment order dated September 26, 1994. Torres relies on Rule 36 of the Federal Rules of Criminal Procedure. He asks that the reference to 18 U.S.C. § 1956(g) in count 8 be changed to 18 U.S.C. § 1956(h). (Docket Entry No. 720). In response, the government points out that Rule 36 is normally used to correct a written judgment of sentence if it is inconsistent with the judge's oral sentence. The government also points out that the judgment in this case is accurate. The statute itself had a typographical error that was corrected in 1994. But the indictment was returned before the correction. The judgment citation to the statute then in effect is correct.

Based on the information submitted by the government, there is no basis to grant the motion. It is denied.

SIGNED on October 7, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge